■ In the Matter of SANDRA C., Appellant, v ENRIQUE M., Respondent. [938 NYS2d 796]—

Family Court erred in modifying the May 24, 2010 order of

visitation without first conducting a full evidentiary hearing to determine whether there had been a subsequent change in circumstances and whether modification was in the child's best interests (*see Matter of Santiago v Halbal*, 88 AD3d 616 [2011]; Family Ct Act § 467 [b] [ii]). Moreover, the court lacked the authority to condition the mother's continued visitation upon her undergoing therapy (*Schneider v Schneider*, 127 AD2d 491, 495 [1987], *affd on other grounds sub nom. Paul B.S. v Pamela J.S.*, 70 NY2d 739 [1987]; *Matter of Smith v Dawn F.B.*, 88 AD3d 729, 730 [2011], *lv dismissed* 18 NY3d 855 [2011]; *Matter of Saggese v Steinmetz*, 83 AD3d 1144, 1145 [2011], *lv denied* 17 NY3d 708 [2011]; *Matter of Vieira v Huff*, 83 AD3d 1520, 1522 [2011]). Concur—Mazzarelli, J.P., Catterson, Renwick, Abdus-Salaam and Manzanet-Daniels, JJ.